# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CHING Q. PHAM, )<br>)<br>Petitioner, )<br>vs. )<br>)<br>R. V. VEACH, )<br>)<br>Respondent. ) | No. 1:06-cv-1707-DFH-TAB |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

*David F Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date: 11/30/2006

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*

By: Deputy Clerk

Distribution:

Chinh Q. Pham
No. 89163-011
FCI-Terre Haute Prison Camp